THOMAS J. MORRELL et al., Appellants, *v.* THE NORTH SECOND STREET AND MIDDLE VILLAGE RAILROAD COMPANY, Respondent.

(Argued November 23, 1875; decided November 30, 1875.)

*Oscar H. Stearns* for the appellants.

*D. T. Waldron* for the respondent.

Agree to dismiss appeal. No opinion.
All concur.
Appeal dismissed.

---

WALTER S. CHURCH, Appellant, *v.* ELIZABETH F. CAGGER et al., Respondents.

(Argued November 23, 1875; decided November 30, 1875.)

Agree to dismiss appeal. No opinion.
All concur.
Appeal dismissed.

---

ANSON M. BAKER, Respondent, *v.* THE HOME LIFE INSURANCE COMPANY, Appellant.

(Argued November 23, 1875; decided November 30, 1875.)

THIS was an appeal from an order of the General Term affirming an order of Special Term amending the clerk's minutes of the proceedings on trial by striking out a statement therein that the court directed a verdict for the defendant, and inserting instead, that the defendant moved that plaintiff be nonsuited, which motion was granted. *Held*, that the court had power to correct any mistake in the record and to conform it to the facts, and that the order was not appealable.

*A. B. Capwell* for the appellant.

*A. M. Bingham* for the respondent.

ANDREWS, J., reads for dismissal of appeal.
All concur.
Appeal dismissed.